**David N. Salmon, Esq.**
(Nevada Bar #7168)
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, NV 89130
Phone (702) 382-9696
dsalmon@dsalmonlaw.com
*Attorneys for Plaintiff William Eddins*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| **WILLIAM EDDINS**, an individual      ) | CASE No.:   **2:25-CV-00058-JAD-MDC** |
|                 ) | |
|         Plaintiffs,        ) | |
| vs.                          ) | |
|                 ) | |
| **ALBERT & EVEL, LLC**, a limited liability   ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| company; ALBERT RASHO, an individual;   ) | **WITH PREJUDICE** |
| LAWRENCE BROWN CPA., LLC, a limited   ) | |
| liability company; EVEL YAKUNDA, an   ) | |
| individual; DOE INDIVIDUALS 1-20, and   ) | |
| ROE CORPORATIONS 21-40.        ) | |
|                 ) | |
|         Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **WILLIAM EDDINS,** hereby gives notice that this action is Voluntarily Dismissed with Prejudice. Defendant **ALBERT & EVEL, LLC**, has not served an answer or motion for summary judgment in this action.  Each party shall bear their own attorneys' fees and costs.

DATED this 21 day of October, 2025.

DAVID SALMON & ASSOCIATES, INC.

/s/ *David S. Salmon*

---

David N. Salmon, Esq.
Nevada Bar No.:  7168
7495 W. Azure Drive, Suite 102
Las Vegas, NV 89130
*Attorneys for Plaintiff William Eddins*

Notice of Voletary Dismissal